# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-465-1188
cklee@leelitigation.com

October 26, 2023

**Via ECF**
The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

        Re:    *Sattyakam et al v. Universal Protection Service, LLC*
              Case No. 1:23-cv-07137

Dear Judge Furman:

    We are counsel to Plaintiffs. We respectfully submit this letter, jointly with counsel to Defendant, in accordance with the Court's August 16, 2023, Order, (i) to request a thirty (30) day adjournment of this matter's initial conference, from November 16, 2023, to on or around December 18, 2023, (ii) to request an extension of time, up until December 18, 2023, to conduct the early settlement conference Ordered by the Court, and (iii) to extend Defendants' time to answer by thirty days from October 30, 2023, to November 30, 2023.

    The parties are currently engaging in settlement negotiations. The parties seek the above extensions to permit time to complete those settlement discussions prior to engaging with a potentially needless expenditure of judicial resources.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

Application GRANTED.  The initial pretrial conference previously scheduled for November 16, 2023 is hereby ADJOURNED to January 4, 2024.  The parties shall conduct an early settlement conference by December 18, 2023.  Defendants' time to answer is extended to November 30, 2023.  The Clerk of Court is directed to terminate ECF No. 11.

SO ORDERED.

October 27, 2023